IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| APRIL L. YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 10-0428-CG-N |
| | ) |
| COLLECTION CENTER OF WYOMING, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal (Doc. 15), all claims in this matter are hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear her or its own costs.

**DONE and ORDERED** this 11th day of January, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE